THE STATE EX REL. WHITE, PROS. ATTY., APPELLEE,
*v.* BILLINGS, APPELLANT, ET AL.

[Cite as *State ex rel. White v. Billings,* 117
Ohio St.3d 536, 2008-Ohio-1590.]

(No. 2007–1839—Submitted March 12, 2008—Decided April 9, 2008.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Hyle v. Porter,* 117 Ohio St.3d 165, 2008-Ohio-542, 882 N.E.2d 899.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

———————

Donald W. White, Clermont County Prosecuting Attorney, and David H. Hoffmann, Assistant Prosecuting Attorney, for appellee.

Ohio Justice & Policy Center and David A. Singleton, for appellant.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.